# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>RODOLFO PERALTA SALCEDO<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.  22-MJ-2340-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2022 and July 14, 2022__ in the county of __Suffolk__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846 | Conspiracy to distribute and possess with intent to distribute fentanyl |

This criminal complaint is based on these facts:
See attached Affidavit of DEA Task Force Officer Brian W. Simpkins

☑ Continued on the attached sheet.

*Complainant's signature*

Brian W. Simpkins, DEA Task Force Officer
*Printed name and title*

Subscribed and sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date: 07/14/2022

City and state: Boston, Massachusetts

Hon. Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*