# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 22-mj-02340-MBB |
| | ) |
| RODOLFO PERALTA SALCEDO | ) |

## MOTION TO WITHDRAW

Assistant Federal Public Defender Oscar Cruz hereby requests to withdraw as counsel in this case. As reason therefor, private counsel has been retained and has filed his appearance on behalf of the defendant.

> Respectfully submitted,
> RODOLFO PERALTA SALCEDO
> By his attorney,
>
> */s/ Oscar Cruz*
> Oscar Cruz, B.B.O. #630813
> Federal Defender Office
> 51 Sleeper Street, 5th Floor
> Boston, MA 02210
> Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 21, 2022.

> */s/ Oscar Cruz Jr.*
> Oscar Cruz Jr.
> Assistant Federal Public Defender